# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, B.T. PALMER, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**DYSHARA J. ROMERO-SANCHEZ**
**AVIATION MAINTENANCE ADMINISTRATIONMAN FIRST CLASS (E-6)**
**U.S. NAVY**

**NMCCA 201600005**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 14 October 2015.
**Military Judge**: CAPT Paul C. LeBlanc, JAGC, USN.
**Convening Authority**: Commanding Officer, Helicopter Sea Combat Squadron SIX, NAS North Island, San Diego, CA.
**For Appellant**: Maj Emmett S. Collazo, USMCR.
**For Appellee**: Brian K. Keller, Esq.

**21 April 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court